# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**RICHARD GILLIAM**　　　　　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**
#209415

v.　　　　　　　　　　No: 4:20-CV-00792-BSM

**STEVE LOPEZ, Administrator,**
**Lonoke County Sheriff's Office,** *et al.*　　　　　　　　　　**DEFENDANTS**

## ORDER

Richard Gilliam's motion to dismiss Lieutenant Gebhardt as a defendant [Doc. No. 11] is granted. All claims against Mr. Gebhardt are dismissed without prejudice.

IT IS SO ORDERED this 26th October, 2020.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE