IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**RICHARD GILLIAM**  **PLAINTIFF**
#209415

v.  No: 4:20-CV-00792-BSM

**STEVE LOPEZ, Administrator,**
Lonoke County Sheriff's Office, *et at.*  **DEFENDANTS**

## ORDER

The unopposed motion for voluntary dismissal [Doc. No. 20] is granted, and this case is dismissed without prejudice. Defendants' motion for Summary Judgment [Doc. No. 16] is denied as moot. An *in forma pauperis* appeal would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 3rd day of May, 2021.

                                                             _____
                                                             UNITED STATES DISTRICT JUDGE