IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**RICHARD GILLIAM**                                                                                                   **PLAINTIFF**
#209415

v.                                    No: 4:20-CV-00792-BSM

**STEVE LOPEZ, Administrator,**
**Lonoke County Sheriff's Office,** *et at.*                                          **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 3rd day of May, 2021.

_____
UNITED STATES DISTRICT JUDGE